DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO RANGEL-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-0335 LJO-SKO |
| *Plaintiff,* | STIPULATION TO CONTINUE COURT DATE; ORDER |
| v. | |
| ANTONIO RANGEL-VEGA, | DATE: October 15, 2012<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | |

The parties through their respective counsel, Assistant United States Attorney Megan Richards and Assistant Federal Defender Victor M. Chavez hereby agree and stipulate that the arraignment presently set for October 12, 2012 before Magistrate Judge Austin may be taken off calendar and that the matter may be set before Judge O'Neill on October 15, 2012 at 10:00 a.m. for arraignment and change of plea.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 10, 2012        By:    /s/ *Megan Richards*
                                      MEGAN RICHARDS
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

///

///

|   |   |   |
|---|---|---|
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 10, 2012 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTONIO RANGEL-VEGA |

**ORDER**

IT IS SO ORDERED.

**Dated:   October 11, 2012**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

Rangel-Vega - Stipulation and Proposed Order